NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BAYER CROPSCIENCE, LP

---

2012-1444
(Reexamination No. 90/008,317)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves without opposition for a 21-day extension of time, until November 30, 2012, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

IN RE BAYER CROPSCIENCE, LP                                        2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27